UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| ANNETTE NAVARRO MCCALL and NAVARRO PHOTOGRAPHY, LLC, | ) ) ) |
| Plaintiffs, | ) ) Case No. 1:17-cv-00406-DRC |
| v. | ) ) Judge Douglas R. Cole |
| THE PROCTER & GAMBLE COMPANY and WALMART INC. (f/k/a WAL-MART STORES, INC.) | ) ) Magistrate Judge Karen L. Litkovitz ) ) ) |
| Defendants. | ) |

**JOINT MOTION TO EXTEND DEADLINES FOR FILING DAUBERT MOTIONS, TO EXTEND THE CUT OFF FOR EXPERT DISCOVERY AND TO EXTEND THE DATE TO FILE REPLY MEMORANDA IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

Plaintiffs Annette Navarro and Navarro Photography LLC and Defendants, The Procter & Gamble Company and Walmart Inc., jointly move this court for an order extending the current deadlines for filing Daubert motions, the cut off for expert discovery and the date to file reply memoranda in support of the motions for summary judgment. The basis for this motion is set forth in the accompany memorandum in support of the motion.

### MEMORANDUM

Pursuant to the Court's directive during a Telephone Status Conference on April 17, 2020, the parties provided the Court an agreed-upon briefing schedule for the filing of the Daubert motions in this action. The court set the following dates: Daubert motions are due 7/24/20; Responses are due 8/7/20; Replies are due 8/17/20.

These deadlines were keyed off of the then-existing summary judgment briefing in which summary judgment briefing was to be complete with the filing of the reply briefs on July 20 and with the Daubert motions then due four days later.

On June 26, the Court entered a sua sponte order extending the summary judgment briefing schedule with reply briefs now being due on August 4. Consistent with the original briefing schedule, the parties would like to complete summary judgment briefing before filing their Daubert motions. Thus, the parties respectfully request that the Court set a new Daubert briefing schedule as follows: August 10 (motion), August 24 (response), and September 4 (reply).

In addition, the parties jointly request that the cut off for expert discovery be extended to August 3, 2020.

The parties also jointly request that the date to file reply memoranda in support of their motions for summary judgment be extended to August 7.

The parties believe this approach will further judicial efficiency.

Respectfully submitted,

| | |
|---|---|
| */s/John C. Greiner* | */s/ Karen Kreider Gaunt, per auth* |
| John C. Greiner (0005551) | Karen G. Gaunt (0068418) |
| GRAYDON HEAD & RITCHEY LLP | Robert Zimmerman (0079584) |
| 312 Walnut Street, Suite 1800 | Jaci L. Overmann (0089306) |
| Cincinnati, Ohio 45202 | Liane H. Rosseau (0093435) |
| Phone: (513) 629-2734 | DINSMORE & SHOHL LLP |
| Fax: (513) 333-4316 | 255 E. Fifth Street, Suite 1900 |
| Email: jgreiner@graydon.law | Cincinnati, OH 45202 |
| | Telephone: (513) 977-8200 |
| | Facsimile: (513) 977-8141 |
| */s/Gary Cruciani, per authorization* | Karen.gaunt@dinsmore.com |
| Gary Cruciani | robert.zimmerman@dinsmore.com |
| MCKOOL SMITH, P.C. | jaci.overman@dinsmore.com |
| 300 Crescent Court, Suite 1500 | iane.rosseau@dinsmore.com |
| Dallas, Texas 75201 | *Attorneys for Defendant The Procter* |
| *Counsel for Annette Navarro McCall* | *& Gamble Company and Walmart, Inc.* |
| *Walmart,Inc. and Navarro Photography LLC* | |

*/s/ Benjamin C. Mizer, per authorization*
Benjamin C. Mizer (admitted pro hac vice)
Charlotte H. Taylor (admitted pro hac vice)
JONES DAY
51 Louisiana Ave. NW
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
bmizer@jonesday.com
ctaylor@jonesday.com
*Attorneys for Defendant The Procter & Gamble Company*