## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**ANNETTE NAVARRO, et al.,**

        **Plaintiffs,**

                                    **Case No. 1:17-cv-406**

      **v.**                                **JUDGE DOUGLAS R. COLE**

**PROCTER & GAMBLE**
**COMPANY, et al.,**

        **Defendants.**

## SIXTH AMENDED CALENDAR ORDER

This cause comes before the Court on the parties' Joint Motion to Extend Deadlines (Doc. 205). The Court hereby **GRANTS** the Motion. Based on the proposed dates in the Motion, deadlines are amended as follows:

| | |
|---|---|
| Responses to Motions for Summary Judgment: | **July 21, 2020** |
| Expert Discovery Deadline: | **August 3, 2020** |
| Replies to Motions for Summary Judgment: | **August 7, 2020** |
| Daubert Motions: | **August 10, 2020** |
| Responses to Daubert Motions: | **August 24, 2020** |
| Replies to Daubert Motions: | **September 4, 2020** |
| Final Pretrial Conference | **To be determined** |
| Jury Trial, Courtroom 822: | **October 21, 2020 at 9:30 a.m.** |

**SO ORDERED.**

July 17, 2020
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**

2