AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio 

| Annette Navarro McCall, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:17-CV-406-drc |
| The Procter & Gamble Company, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Procter & Gamble Company and Walmart, Inc.

Date: 08/20/2020

s/ Brian S. Sullivan
*Attorney's signature*

Brian S. Sullivan
*Printed name and bar number*
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202

*Address*

brian.sullivan@dinsmore.com
*E-mail address*

(513) 977-8200
*Telephone number*

(513) 977-8141
*FAX number*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been served upon All Counsel of Record by the Court's CM/ECF Electronic Filing System this 20th day of August, 2020.

    **s/ Brian S. Sullivan**