UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANNETTE NAVARRO, et al.,

  Plaintiffs,

 v.

PROCTER & GAMBLE
COMPANY, et al.,

  Defendants.

Case No. 1:17-cv-406
JUDGE DOUGLAS R. COLE

## SEVENTH AMENDED CALENDAR ORDER

 This cause came before the Court for a Telephone Status Conference on August 27, 2020, at 10:00 a.m. before Judge Douglas R. Cole. The Court hereby enters this Seventh Amended Calendar Order:

| | |
|---|---|
| Responses to Daubert Motions: | **September 4, 2020** |
| Oral Argument on Cross-Motions for Summary Judgment Courtroom #117, Cincinnati: | **September 15, 2020, at 10:00 a.m.** |
| Motions in Limine: | **January 6, 2021** |
| Proposed Jury Instructions and Verdict Forms[1]: | **January 11, 2021** |
| Responses to Motions in Limine: | **January 20, 2021** |
| Objections to Proposed Jury Instructions & Verdict Forms: | **January 25, 2021** |

---

[1] Proposed jury instructions and verdict forms must be filed on the docket **and** also emailed in Word format to Chambers at Cole_Chambers@ohsd.uscourts.gov.

| | |
|---|---|
| Proposed Witness and Exhibit Lists[2]: | **January 26, 2021** |
| Replies to Pretrial Motions: | **January 27, 2021** |
| Deposition Designations: | **February 1, 2021** |
| Final Pretrial Order, Statement of Facts for Jury, *ex parte* settlement letters: | **February 2, 2021** |
| Exhibit Binders[3]: | **February 5, 2021** |
| Final Pretrial Conference Chambers, Rm 810: | **February 5, 2021, at 10:00 a.m.** |
| Agreed Admissible Exhibits due: | **February 11, 2021** |
| Jury Trial Courtroom to be determined: | **February 16, 2021, at 9:30 a.m.** |

**SO ORDERED.**

September 8, 2020
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**

---

[2] Proposed witness and exhibit lists must be emailed, **in Word format**, to Chambers at Cole_Chambers@ohsd.uscourts.gov, and **may be submitted *ex parte***. To the extent possible, please list witnesses in the anticipated order of presentation.

[3] The Court requires: (1) the original set of all exhibits (witness' exhibit binder); (2) one complete hard-copy set of all exhibits (Judge Cole's courtesy exhibit binder); and (3) one set of all exhibits in electronic format, saved to a USB flash drive or sent in a zip file via email to Cole_Chambers@ohsd.uscourts.gov (law clerk's exhibit binder). The original and Judge's copy of the exhibits must be pre-marked and organized sequentially in tabbed, three-ring binders. All three sets must be delivered to Chambers in Room 810. Counsel will not be permitted to add or change any exhibits after the deadline, unless counsel provides the Court with the new or amended exhibits, in all three formats, and amended exhibit lists, before the Court reconvenes.