# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| ANNETTE NAVARRO MCCALL and NAVARRO PHOTOGRAPHY LLC, | : |
| | : No. 1:17-CV-406-DRC |
| Plaintiffs, | |
| | : Judge Douglas R. Cole |
| v. | |
| | : Magistrate Judge Karen L. Litkovitz |
| THE PROCTER & GAMBLE COMPANY and WALMART INC. (f/k/a WAL-MART STORES, INC.), | : |
| | : |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Annette Navarro McCall and Navarro Photography, LLC (collectively "Plaintiffs") and Defendants The Procter & Gamble Company and Walmart Inc. (collectively "Defendants") (together the "Parties") hereby stipulate and agree to the voluntary dismissal with prejudice of this action. Each party to bear its own costs and fees.

Have Seen and Agree:

| | |
|---|---|
| */s/ Gary Cruciani (per authorization)* | /s/ *Brian S. Sullivan* |
| Gary Cruciani (admitted pro hac vice) | Brian S. Sullivan (0040219) |
| Carson D. Young (admitted pro hac vice) | Karen K. Gaunt (0068418) |
| Patrick Pijls (admitted pro hac vice) | Robert M. Zimmerman (0079584) |
| MCKOOL SMITH, PC | Jaci L. Overmann (0089306) |
| 300 Crescent Court, Suite 1500 | DINSMORE & SHOHL LLP |
| Dallas, Texas 75201 | 255 Fifth Street, Suite 1900 |
| | Cincinnati, OH 45202 |
| and | |
| | and |
| */s/ John C. Greiner (per authorization)* | |
| John C. Greiner (0005551) | Benjamin C. Mizer (admitted pro hac vice) |
| GRAYDON HEAD & RITCHEY LLP | Charlotte H. Taylor (admitted pro hac vice) |
| 312 Walnut St., Suite 1800 | JONES DAY |
| Cincinnati, Ohio 45202 | 51 Louisiana Ave. NW |
| | Washington, D.C.  20001 |
| *Attorneys for Plaintiffs Annette Navarro McCall and Navarro Photography LLC* | *Attorneys for Defendants The Procter & Gamble Company and Walmart Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Notice of Voluntary Dismissal has been served upon all counsel of record on June 22, 2021 via the Court's ECF system.

*/s/ Brian S. Sullivan*